UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

NOEL YOUNG
(Write the full name of the plaintiff)

vs.

Tony GREGORY, individually and
JESSE GOSSMAN, individually and
KEVIN DOUGHERTY, individually and
PATRICIA BOEHM, individually and JAMES FEICK individually and in
(Write the full name of the defendant/s in this case) their official capacities

FILED BY MC D.C.
FEB 15 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: NOEL YOUNG
   Address: PO Box # 407016
   Inmate/Prison No.: 522100025
   Year of Birth: 1975 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)
   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: TONY GREGORY      Defendant: JESSE GOSSMAN
   Official Position: Sheriff    Official Position: E.C.U.(L,E,O,)
   Place of Employment: 1300 W. Broward Blvd    Place of Employment: 1300 W Broward Blvd
   (see) Attached              (see) attached
   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

✳ Defendant #1.  TONY GREGORY
Official Position: Sheriff
Place of employment (F.L.D.E) 2601 West Broward Blvd.
Ft. Lauderdale Fl. 33312

✳ Defendant #2.  JESSE GOSSMAN
Official Position  L.E.O. for Economic's Crimes Unit (E.C.U.)
Place of employment (F.L.P.D.) 1300 West Broward Blvd.
Ft. Lauderdale FL 33311

✳ Defendant #3.  KEVIN DOUGHERTY
Official Position  Sunrise P.D.
Place of employment (F.L.P.D) 1300 W Broward Blvd.
Ft lauderdale FL 33311

✳ Defendant #4.  PATRICIA BOEHM
Official Position  Sunrise P.D.
Place of employment (F.L.P.D) 1300 West Broward Blvd
Ft. lauderdale FL. 33311

✳ Defendant #5.  JAMES FEICK
Official Position  B.S.O.
Place of employment  2601 West Broward Blvd.
Ft. lauderdale FL. 33312

II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

(See Attached)

III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

(See Attached)

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF
FLORIDA

NOEL YOUNG
   Plaintiff

Civil Case No.: _____

vs

TONY GREGORY, individually, and JESSE GOSSMAN, individually, and KEVIN DOUGHERTY, individually and PATRICIA BOEHM, individually, and JAMES FEICK individually and in their Official Capacity
                                                    Defendant(s)

FILED BY ____ D.C.
FEB 15 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# COMPLAINT

The Plaintiff, NOEL YOUNG, by and through the undersigned, Young, Noel-Alden, in Propia Persona, and in Pursuant to title 42 U.S.C. § 1983, files his Civil Complaint against defendant(s) for violating Plaintiff's Civil rights under the fourth and fourteenth Amendment of the United States Constitution for false imprisonment(s), false arrest(s), Conspiracy, illegal seach(s), Gross-Negligence, Due Process violation(s) and Assault(s) and Battery(s).

Plaintiff YOUNG, seeks monetary damages for mental anguish, Humiliation, emotional distress and punitive damages along with injunctive relief.

As a result of defendant(s) violations of Plaintiff civil rights, Plaintiff suffered damages in the amount to be determined at the trial, but in no event less than $ 3,800,000⁰⁰ individually and severally against each defendant.

## FACTUAL ALLEGATIONS

On or about march 2nd 2021 apprx. 1:45 PM F.L.P.D defendant DOUGHERTY, told Phillip Brown the previous homeowner, that he was no longer the legal resident at property address 2886 NE 26 Pl. and thus allowing the Maintenance man for MAES Trust, Glenn Mercado, and the Lock Smith Co. entry to go on and secure change locks etc on behalf of the listed owner 'MAES Trust', (see) F.L.P.D. defendant

Field report dated March 2nd 2021 by KEVIN DOUGHERTY.

On or about March 3rd 2021 apprx. 12:08 pm Glenn Mercado arrived at the said Property on behalf of MAES Trust and was accompanied by three (3) member's - #1. Loudle Jackson, #2. Opal Bradshaw and #3. Plaintiff YOUNG, as Authorized Representative on behalf of MAES Trust. While on the property L.E.O. defendant GOSSMAN, alleged that he received a phone call from, Phillip Brown, that several people were at the property armed with firearms.

Based upon the false allegation made by the previous home owner Phillip Brown, F.L.P.D. defendant(s) responded to the scene first and illegally barged their way through the gate at apprx. 12:20 pm and waited for L.E.O. defendant GOSSMAN who appeared apprx 10-15 min. after F.L.P.D. and looked at the Plaintiff and stated "I know you" and then instructs the F.L.P.D. defendant(s) DOUGHERTY and BOEHM to accost the Plaintiff against his will.

Upon all defendant(s) arrival Plaintiff was not engaged in any kind of Breach of the Peace or was in a Commission of any criminal offenses within the presence of the arresting officers. The defendant(s) lacked Probable Cause with their warrantless arrest and that no firearms were found, all members were deemed free to go except for the Plaintiff.

The Plaintiff against his will while being escorted to F.L.P.D's defendant(s) patrol vehicle could be heard and seen on defendant(s) body wire cam (B.W.C) protesting and stated "this is "Kidnapping"! Plaintiff was then searched and placed in the back seat and hauled away leaving behind his automobile which was illegally searched and towed to an impound lot. All defendant(s) failed to make or give a report about Plaintiff's automobile (see) defendant GOSSMAN'S Probable Cause affidavit dated March 3rd 2021., which fail's to mention activities with Plaintiff automobile.

Defendant(s) F.L.P.D. DOUGHERTY and BOEHM did not take the Plaintiff to the nearest magistrate Judge, instead the Plaintiff was brought to the fort lauderdale Police dept. (F.L.D.E) at 1300 west Broward blvd. and was held in the lobby in the back seat of Defendant(s) F.L.P.D vehicle, handcuffed for apprx. (4) hours without being Officially Charged. (F.L.D.P.) defendant(s) were waiting for defendant GOSSMAN (L.E.O.) who also did not see the nearest magistrate Judge and instead sought a Civil foreclosure Judge for his 'MOTION FOR STAY' on behalf of the Previous home owner Phillip Brown for said Property address 2886 NE 26 PL and was DENIED (See) U.S. BANK TRUST V. PHILLIP BROWN dated march 3rd 2021.

On or about march 3rd 2021 apprx. 4:45 pm defendant L.E.O. GOSSMAN appears at the F.L.D.E at 1300 W. Broward blvd., after being denied his MOTION FOR STAY by the foreclosing bank. (L.E.O) defendant GOSSMAN attempts to interrogate Plaintiff and stated he does not have to read Miranda to the Plaintiff. Shortly thereafter the Plaintiff refused to speak with L.E.O. defendant GOSSMAN and was then Charged in Bad faith (1) Count Burglary unoccupied dwelling unarmed. F.L.P.D. defendant(s) DOUGHERTY and BOEHM did not give accountability in their field reports for the (4) hour wait in their Patrol Vehicle or any charge of burglary.

On or about march 3rd 2021 the date of Plaintiff(s) initial arrest all defendant(s) knew, Phillip Brown, was no longer the Current home owner and defendant L.E.O. GOSSMAN with reckless disregard for the truth Still used the Previous home owner as the current victim to illegally detain the Plaintiff.

On or about march 5th 2021 Plaintiff made bond and quickly checked the public records and was exposed to the above mentioned findings including his connections with the Broward County Property appraisers dept. (B.C.P.A.net) to remove MAES Trust as the listed owner bypassing Due Process in having the foreclosing BANK otherwise known as U.S. Bank Trust listed without doing the Quiet Title action Process.

On March 5th 2021 Plaintiff YOUNG, made bond for $20,000.00 and was Placed on level (1) Pretrial Release an Electric Monitoring Device (E.L.M.O)

On March 26 2021 L.E.O. defendant GOSSMAN and state Prosecutor created a false and misleading warrant(s) charging Plaintiff (19) Count(s) subjecting Plaintiff to further harrassment, abuse and assault(s) and batteries. This warrant(s) was not Procured on the affidavits of any alleged victim(s) and the arresting officers affidavits did not include fact(s) sufficient to establish that a crime had been committed.

On April 8th 2021 Plaintiff, while on Pretrial Release level (1)(ELMO) did not violate the term(s)..., L.E.O. defendant GOSSMAN and state Prosecutor with disregard for the truth under oath created another fabricated new offense of "theft" of the 1st degree stating that on this day April 8th 2021 Plaintiff was at location 2886 N.E. 26th Pl committing the above offense - (see) information which is exculpatory evidence filing #. 125973782.

On or about April 8th 2021 at apprx. 10:00 AM an illegal search was conducted by various dept(s) B.S.O., SWAT and E.C.U. at Plaintiff's abode at 3020 N.W. 13th St. because of L.E.O. defendant GOSSMAN's previous action(s) done in bad faith. (This search warrant / and search warrant affidavit is exculpatory evidence). Pls. Note. That while Plaintiff was on Pretrial Release Plaintiff is to refrain from criminal activity of any kind and in order to violate Pretrial Release the Judge may revoke Pretrial Release if Probable Cause is found that the defendant is committing a new crime while on Pretrial release.

On or about April 8th 2021 apprx. 10:10 AM B.S.O. defendant JAMES FEICK the arresting officer who did not possess an arrest warrant on this date did conspire to violate Plaintiff and his constitutional rights.

(See) JAMES FEICK (B.S.O.) defendants criminal complaint affidavit for probable cause which gave no details at all for or about the arrest of the Plaintiff, nor does it give any accountability leading up to the arrest of Plaintiff. On it's face the time of arrest is erroneous reading 12:00 am. What's worst is that defendant FEICK Charge's Plaintiff seven count(s) as new when these same counts has been already charged from the march 26 2021 fabricated warrant. This affidavit does not execute a warrant/search warrant, and shock's the conscious mind of Plaintiff forever leaving Plaintiff in fear that defendant(s) can create all these criminal activities on Plaintiff.

## PLAINTIFF NOEL YOUNG FOR HIS COMPLAINT AGAINST DEFENDANT(S) JESSE GOSSMAN, KEVIN DOUGHERTY, PATRICIA BOEHM, JAMES FEICK, TONY GREGORY and States:

1). On March 3rd 2021 Plaintiff YOUNG, had his automobile impounded and was individually accosted at Property address 2886 NE 26 PL by defendant(s) acting as Sunrise P.D. employees for the city of fort lauderdale (F.L.D.E) for employer TONY GREGORY.

2). On march 3rd 2021 defendant(s) GOSSMAN, DOUGHERTY and BOEHM did not ask to see Plaintiff's Identification Card during the false imprisonment. Plaintiff informed the defendant(s) while being taken away to a patrol car that "this is kidnapping"! An I.d. was later found after a breif search of his persons by defendant BOEHM who did document that the I.d. found had UCC 1-308 agent (All rights Reserved) on the signature line.

3). On march 3rd 2021 defendant(s) DOUGHERTY and BOEHM by the instructions of defendant GOSSMAN did falsly imprison, Plaintiff without

(5) pg's

a warrant and over Plaintiff's objections that defendant(s) act(s) were in violation to Plaintiff rights and constitutional provisions of due process of law.

4). On march 3rd 2021 defendant GOSSMAN gave no specific charges at all to the Plaintiff for the arrest/imprisonment, or for Plaintiff's automobile being impounded, nor does the defendant(s) complaint/feild report at any time advise Plaintiff of his rights.

5). Defendant GOSSMAN's march 3rd 2021 Criminal Complaint for Probable cause did not name Phillip Brown as the home-owner, however, the victim report purports the complaint was naming Phillip Brown to be the alleged home owner.

6). Defendant(s) DOUGHERTY and BOEHM did not give accountability in their march 3rd 2021 feild report about having Plaintiff handcuffed in back seat of patrol car at F.L.D.E LOBBY for 4 to 5 hours., while waiting for defendant Gossman to arrive from being denied for his motion for stay on behalf of mr. Brown (the alleged victim). When Defendant GOSSMAN arrived he attempted to interrogate Plaintiff without reading Miranda and when Plaintiff refused defendant GOSSMAN was angry and charged me the Plaintiff with (1) count Burglary and instructed Sunrise P.D.'s employee's/defendant(s) to bring Plaintiff to the Broward County main Jail for booking.

7.) On march 3rd 2021 All defendant(s) knew that Plaintiff Young would be subject to "booking" which include finger Printing, Photographing and confinement for an indefinite period of time and possibly subject to other types of assault and batteries.

8). On march 3rd 2021 defendant(s) by their own admission made no attempt to bring Plaintiff before a magistrate or a

(6) Pg's

Warrant Judge, when defendant(s) had full opportunity to do so, being that the false imprisonment occurred apprx. 12:45 pm on a wednesday, and that defendant(s) sought after a civil foreclosure Judge instead.

9). On march 3rd 2021 defendant(s) GOSSMAN acting on his own accord and without warrant(s) or court order, had the Plaintiff YOUNG's automobile towed to an impound lot and did not put in an "hold" order, nor did defendant(s) provide any form of paperwork/report for Plaintiff's automobile/property.

10). On April 8th 2021 the date of the 2nd arrest Plaintiff YOUNG, while on Level (1) Pretrial Release and did not violate, became the victim to defendant(s) GOSSMAN scheme and abuse of process whereas Plaintiff was illegally arrested and his home illegally searched. Defendant GOSSMAN created a fabricated new criminal offense to obtain probable cause for these actions perjuring under oath before a Juvenile Judge Carlos Rebollo whom allegedly signed the search warrant without having the basic elements needed. No personal knowledge of affiant having criminal activities as to the residence searched, no credible or reliable source and no knowledge as to a specific area where contraband would be found. To date the search warrant, the information, defendant DOUGHERTY's feild report for march 2 2021, the foreclosurer motion for stay (denied) and Plaintiff YOUNG's G.P.S. Tracking device log's are all exculpatory evidence in further violation(s) of Due Process.

11). On April 8th 2021 The arresting officer (B.S.O) defendant JAMES FEICK charged the Plaintiff with (7) counts as new charges, charges that was already charged from the march 26, 2021 fabricated fraudulent arrest warrant thereby double charging the Plaintiff. (See) identical charges from warrant that charge 20 counts and defendant FEICKS (B.S.O) police report charging Plaintiff (7) counts from the warrant - total counts charged April 8th 2021 was (27) count(s)

(7) pg's

# CLAIM OF DAMAGES
## COUNT #1 FALSE IMPRISONMENT

12). Plaintiff YOUNG re allege Paragraph 1 through 11

13). On March 3rd 2021 defendant(s) GOSSMAN, DOUGHERTY and BOEHM without warrant or due process of law (Fla. Const. Article 1 section 7) unlawfully arrested Plaintiff YOUNG and acting contrary to law, did falsly imprison Plaintiff YOUNG, depriving Plaintiff of his liberty.

14). As a result of defendant(s) False imprisonment etc. of Plaintiff, Plaintiff YOUNG, had his rights to liberty violated, suffered mental anguish, a loss of time and wages in his work, and a discredit in his reputation.

## CLAIM OF DAMAGES
## COUNT #2 FALSE IMPRISONMENT

15). Plaintiff YOUNG re allege Paragraph 1 through 11

16). The defendant(s) GOSSMAN, DOUGHERTY and BOEHM, upon arresting Plaintiff YOUNG brought Plaintiff to the COUNTY MAIN JAIL for the purpose of "booking" and detaining Plaintiff, and by their own admission made no attempt to bring Plaintiff before a proper Judge, or court as is required by law (Due Process)

17). The act(s) of defendant GOSSMAN in Falsly creating a crime and victim for a felony arrest and failing to take Plaintiff to a Judge or court to so decide, constitute false imprisonment by defendant GOSSMAN.

(8) pg's

# CLAIM OF DAMAGES
## COUNT # 3 FALSE IMPRISONMENT/ CONSPIRACY TRESPASS

18). Plaintiff reallege Paragraph 1 through 11

19). On April 8th 2021 defendant(s) GOSSMAN and B.S.O. FEICK re arrested Plaintiff YOUNG a 2nd time under the false pretense that Plaintiff was in the commission of committing a new crime., and because the defendant GOSSMAN knew the Plaintiff was on Pretrial Release and did not violate the terms he could not use the fabricated fraudulent arrest warrant, thus created a new crime to illegally arrest and (trespass) search Plaintiff's home illegally at 3020 NW 13th st in bad faith violating Plaintiff rights and liberty. (2 times). E.C.U., B.S.O. & Swat conspired to create a new offense to illegally trespass Plaintiff.

# CLAIM OF DAMAGES
## COUNT # 4 ASSAULT(S) AND BATTERIES

20). Plaintiff YOUNG reallege Paragraph 1-through 11

21). Due to the unlawful act(s) of defendant(s) GOSSMAN, DOUGHERTY, BOEHM and FEICK whom are all employed by Sheriff GREGORY TONY Plaintiff YOUNG suffered a series of assault(s) and batteries upon his person, including arrest's, re-arrest, handcuffing(s) false imprisonment(s), physical search(s), auto-search, auto-impound, Trespass, forced finger printing(s) and several booking procedure(s) and harrassment(s). SHERRiF GREGORY TONY the employer/defendant was grossly negligent in supervising subordinates who committed the wrongful acts complained of herein.

(9) pg's

## STATEMENT OF THE CASE

(A) Defendant(s) violated title 42 U.S.C. § 1983 through abuse of Process, due Process, false arrest(s) false Imprisonment(s) Trespass, assault(s) and batteries, and Gross Negligence, illegal search(s) and conspiracy.

(b) Defendant(s) violated Plaintiff Young's Civil Constitutional rights under the fourth and fourteenth amendment(s) of the U.S. Constitution, and Florida for Defendants Conduct under Color of state law, causing substantial and Permanent injuries to Plaintiff.

## RELIEF REQUEST

(C) WHEREFORE, Plaintiff Pray's and request the following relief Jointly and Severally against each defendant(s) and demands Judgment against each defendant.

1). $800,000.00 in monetary damages for mental anguish and emotional distress.

2). $3,00,000.00 Awarding Plaintiff Punitive damages against the defendants

3). Awarding Plaintiff reasonable attorney's fees, cost and disbursments Pursuant to 42 U.S.C. § 1988.

4). Declaring that the Conduct of defendant(s) violated Plaintiff's rights under the Fourth and Fourteenth Amendments to the United States Constitution; and

5). INJUNCTIVE RELIEF as in releasing Plaintiff from Custody and Granting such other and further relief as may be just and Proper.

dated January 29 2023

Respectfully submitted
/s/ Noel
NOEL YOUNG

<u>VERIFICATION FOR COMPLAINT TITLE 42 USC § 1983</u>

I, YOUNG, Noel-Alden the undersigned for Plaintiff NOEL YOUNG, have read the foregoing COMPLAINT and accompanied documents and hereby verify that all matters alleged on information and belief and as those, I beleive them to be true.

I certify under penalty of perjury that the foregoing is true and correct Pursuant to Title 28 USC 1746

Executed on January 29th 2023

BY: /s/ Noel A_____
NOEL YOUNG #502100085
JV conte
PO Box 407016
ft. Lauderdale FL 33340

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

NOEL YOUNG
 Plaintiff

VS.

TONY GREGORY, individually, and
JESSE GOSSMAN, individually, and
KEVIN DOUGHERTY, individually, and
PATRICIA BOEHM, individually, and
JAMES FEICK, individually and in
their official capacity

COMPLAINT

FILED BY MC D.C.
FEB 15 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Civil Action No. _____

## I. JURISDICTION & VENUE

This is a Civil action authorized by 42 U.S.C. § 1983 to redress the deprivation, under Color of State law, of rights secured by the U.S. Constitution. The Court has jurisdiction under 28 U.S.C. § 1331 and § 1343 (a)(3). Plaintiff YOUNG, seeks declaratory relief Pursuant to 28 U.S.C. § 2201 and 2202, and injunctive relief under 28 U.S.C § 2283 and § 2284 and Rule 65 of the Federal rules of civil Procedure.

The Southern District of Florida is the appropriate venue under 28 U.S.C. § 1391(b)(2) because it is where the events giving rise to the Claims arose.

## II

Plaintiff NOEL YOUNG, is currently in Confinement at the Joseph V. Conte facility in BROWARD COUNTY.

## III

Defendant JESSE GOSSMAN L.E.O of the E.C.U division.
Defendant TONY GREGORY Broward County Sheriff
Defendant JAMES FEICK B.S.O. employee
Defendant KEVIN DOUGHERTY & PATRICIA BOEHM F.L.P.D. employees who are all legally and fully responsible for the daily operation(s)

Each defendant is being sued individually and in their official capacity. At all times mentioned in this complaint each defendant acted under the color of law.

## IV FACTS

(Please see complaint attached)

## V Exhaustion of Administrative Remedies

The Plaintiff has attempted several times to exhaust his administrative remedies with respect to all claims and all defendant(s), and has been blocked/barred by defense counsel(s) and Judge. (see) case # 21003489CF10A and case # ~~21-0205AF10~~
21002064CF10A

## VI Request for Production of Document(s)

The actions of the defendants & the state prosecutor in denying Plaintiff access to a full discovery, to admit and examine the — information, Probable cause affidavit for search warrant and search warrant, Kevin Dougherty F.L.P.D. march 2nd Feild report, L.E.O - JESSE GOSSMAN march 3rd 2021 Denial for Motion for Stay on behalf of U.S. BANK TRUST v PHILLIP BROWN Civil foreclosure document, and Plaintiff G.P.S. Tracking device log from march 5th 2021 to April 8th 2021.

## VII RELEIF REQUESTED

(Please see complaint attached)

## IV. Jury Demand

Are you demanding a jury trial?        ✓ Yes        ___ No

Signed this  29  day of  January , 20 23

_____ Noel-Ald_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on:  29th day of January, 2023

_____ Noel-Ald_____
Signature of Plaintiff

NOEL YOUNG
JV CONTE
PO BOX 407016
Ft. Lauderdale
FL 33340

Clerks office
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 N MIAMI Avenue 8N09
MIAMI FL 33128 - 7716

Legal Mail